UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/14/2020_
```

SHAEL CRUZ, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

EUROSOCKS INTERNATIONAL, LLC,

        Defendant.

20 Civ. 5957 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is ORDERED that the initial pretrial conference scheduled for October 13, 2020, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: September 14, 2020
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge