UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAEL CRUZ, on behalf of himself and all others similarly sitauted,

                Plaintiff,

-v-

EUROSOCKS INTERNATIONAL, LLC,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 5957 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a Telephone Conference today, September 15, 2020. Defendant did not appear. Defendant, as a corporate entity, must appear through counsel. See Shapiro, Bernstein & Co., Inc. v. Cont'l Record Co., 386 F.2d 426, 427 (2d Cir. 1967) (per curiam).

The Complaint in this action was filed on July 31, 2020 (ECF No. 1), and Defendant's answer was due on August 28, 2020. (ECF No. 8). Although a letter was filed by one of Defendant's employees (ECF No. 9), the Court does not recognize that filing as an answer under the Federal Rules of Civil Procedure. The Court will, however, grant Defendant a final extension of time to engage counsel to appear on its behalf and file an answer.

Accordingly, Defendant is directed to have its counsel file a notice of appearance and answer to the Complaint by **Tuesday, September 29, 2020**.

If Defendant does not comply with this Order, Plaintiff is directed **to request a Certificate of Default from the Clerk of Court and to file a** Motion for Default Judgment in accordance with the Individual Practices in Civil Cases of the Honorable Analisa Torres, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Tuesday, October 13, 2020.**

The Clerk of Court is respectfully directed to mail this Order to Mr. Marco Cortinovis at the address below. Plaintiff's attorney is respectfully directed to email this order to Mr. Cortinovis at marco.cortinovis10@gmail.com

Dated: New York, New York
September 15, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To: Marco Cortinovis
4575 south Coach Drive
Tucson, AZ 85714

2